[No. 2221–2. Division Two. June 14, 1977.]

O. S. RUSHTON, ET AL, *Appellants,* v. HARLEY H. HUNTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64704, John H. Kirkwood, J., entered January 19, 1976. *Affirmed as modified* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1885–2. Division Two. June 14, 1977.]

CECIL H. LINKEM, *Appellant,* v. DONALD D. THOMPSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 772815, James W. Mifflin, J., entered January 24, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2267–2. Division Two. June 14, 1977.]

AMERICAN BISCUIT COMPANY, *Appellant,* v. THE DEPART-MENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 234021, William L. Brown, Jr., J., entered January 26, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.